UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PHUNG, Plaintiff, v. CAPITAL ONE, N.A., Defendants. | Case No.: 3:25-cv-3278-WQH-MMP **ORDER** |

HAYES, Judge:

On May 18, 2026, Plaintiff Kevin Phung and Defendant Capital One, N.A. filed a Joint Motion for Dismissal of Entire Action with Prejudice ("Joint Motion") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 10.)

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 10) is granted. This action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of Court shall close the case.

Dated: May 26, 2026

William Q. Hayes
Hon. William Q. Hayes
United States District Court